Scott A. Powell  (*pro hac vice*)
HARE WYNN NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
Scott@hwnn.com
Phone: (205) 328-5330
Fax: (205) 324-2165

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------------------<br><br>This Document Relates to:<br><br>*ZACKERY PAYNE vs. JUUL Labs, Inc., et al.*<br>3:20-CV-1406-WHO | Master Case No. 3:19-md-02913-WHO<br><br>MDL No. 2913<br>Honorable William H. Orrick<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Zackery Payne here gives notice of the voluntary dismissal of his action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendant having served an answer or a motion for summary judgment.

Dated: July 7, 2020                    Respectfully Submitted,
                                       HARE WYNN NEWELL & NEWTON, LLP

                                       By:_____/s/ Scott A. Powell_____
                                           SCOTT A. POWELL (admitted *pro hac vice*)
                                           *Attorney for Plaintiff*

1

NOTICE OF VOLUNTARY DISMISSAL, *Zackery Payne vs. JLI, et al.,*
- CASE NO. 3:20-CV-1406-WHO